STATE OF NEBRASKA EX REL. NEBRASKA STATE BAR ASSOCIATION,
RELATOR, V. RICHARD H. OSBORNE, RESPONDENT.
394 N.W.2d 676

Filed October 17, 1986.   No. 85-954.

KRIVOSHA, C.J., BOSLAUGH, HASTINGS, CAPORALE,
SHANAHAN, and GRANT, JJ.

PER CURIAM.

This matter was submitted upon the complaint against
Richard H. Osborne, made by the Committee on Inquiry of the
First Disciplinary District, and his voluntary surrender of
license and consent to the entry of a disciplinary order against
him.

Upon due consideration, it is ordered by the court, based
upon the charges described in the complaint and the
respondent's voluntary surrender of his license, waiver of
disciplinary proceedings, and consent to the entry of an order
of disbarment, that said Richard H. Osborne be, and hereby is,
disbarred effective October 17, 1986.

JUDGMENT OF DISBARMENT.